UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON and CHARLOTTE JOHNSON, ) ) ) | Case No.  1:11-mc-25 LJO GSA |
| Plaintiff, ) ) | **ORDER TO SHOW CAUSE WHY ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE** |
| v. ) ) | **NOTICE OF HEARING** |
| RONALD GEORGE HUSTON and LINDA MARIE HUSTON, ) ) ) | |
| Defendants. ) ) | **Date of Hearing : April 27, 2012 Time of Hearing : 10:30 am** |
| _____ ) | |

On February 7, 2012, judgment creditors Gregory Johnson and Charlotte Johnson ("judgment creditors") filed an Ex Parte Application for Sale of Dwelling regarding property located at 51515 Long Gold Road, Friant California 93626 ("subject property").   The judgment creditors are seeking to enforce a money judgment awarded against judgment debtors Ronald George Huston and Linda Marie Huston issued on January 29, 2010, in the United States Bankruptcy Court, Central District of California. The Court has considered the application and issues this Order to Show Cause Why an Order for Sale of Dwelling Shall Not Be Made.

Accordingly, **IT IS HEREBY ORDERED** a hearing will be held on **April 27, 2012 at 10:30** in Courtroom 10 of the United States District Court, Eastern District of California, Fresno, located at 2500 Tulare Street, Fresno, California, to show cause, if any, why the Ex Parte Application for Sale of

1   Dwelling should not be granted.

2       **IT IS FURTHER ORDERED** that the judgment creditors *personally* serve a copy of this Order

3   to Show Cause, the Ex Parte Application and Supplemental Briefing (Docs. 8 and 10), and Notice of

4   Hearing on the judgment debtors Ronald George Huston and Linda Marie Huston, as well Erin Husted

5   Hesgard.[1]  Copies of each of these documents shall also be personally served on the occupants of the

6   dwelling or, if no occupant(s) is/are present at the time of service, posted in a conspicuous place at the

7   dwelling.  Service and posting of these documents shall be accomplished at least thirty days before the

8   date of the hearing set forth above.  The judgment creditors shall file proof of service no later than five

9   days after service is effectuated.

10      **Failure to appear at the Order to Show Cause Hearing may result in the granting of the**

11  **application and in the sale of the subject property.**

12

13      IT IS SO ORDERED.

14  **Dated:   March 8, 2012**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26      [1]  Ms. Hesgard is given notice of this hearing because Ronald Huston conveyed his interest in
    the subject property to her via quitclaim deed on December 17, 2010.  It is also noted that from
    the documents filed by the judgment creditors, Linda Marie Huston does not appear to have an

27  interest in the subject property as her name does not appear on any of the deeds submitted.
    Accordingly, she need not appear as ordered if she determines it is not necessary to do so.

28  However, if she chooses not to appear, she will waive any rights that she may have to oppose the
    sale of the property.