UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON and CHARLOTTE JOHNSON,<br><br>         Plaintiff,<br><br>v.<br><br>RONALD GEORGE HUSTON and LINDA MARIE HUSTON,<br><br>         Defendants. | No. 1:11-mc-00025-LJO-GSA<br><br>ORDER GRANTING CONTINUANCE OF HEARING ON EX PARTE APPLICATION FOR ORDER OF SALE OF DWELLING AND ISSUANCE OF ORDER TO SHOW CAUSE<br><br>(Doc. 16)<br><br>New Date of Hearing: June 22, 2012<br>Time of Hearing: 10:30 a.m.<br>Courtroom: 10, Magistrate Gary S. Austin |

On April 25, 2012, Ms. Hesgard filed a response to the Order to Show Cause Why an Order for Sale of Dwelling Should Not Be Made. (Doc. 17). Ms. Hesgard's counsel also filed a Motion to Continue the Hearing Date because he was just retained in this matter. (Doc. 16). In the Response to the Order to Show Cause, Ms. Hesgard makes representations regarding her interests in the property in question. The judgment creditors have filed an opposition to the motion. (Doc. 19).

Upon a review of the pleadings, the Court finds that good cause exists to grant the motion given the property issues at stake in this action. Since new counsel has just been retained,

additional time to file a supplemental response may be needed. Accordingly, Ms. Hesgard's motion for a continuance is **GRANTED**.

To expedite these proceedings, the Court will allow additional time for either Ronald or Linda Huston as well as Ms. Hesgard to file a response to the Order to Show Cause. Accordingly, a response, or any supplemental response to the Order to Show Cause shall be filed no later than **May 18, 2012**. Any reply to the responses shall be filed no later than **June 8, 2012**. The hearing on the Ex Parte Application for Order of Sale of Dwelling and Issuance of Order to Show Cause is hereby continued from **April 27, 2012 at 10:30 a.m.** to **June 22, 2012 at 10:30 a.m.** The parties and Ms. Hesgard are advised that any pleadings should specifically address whether this Court's jurisdiction over this matter is proper given the controversies related to the title of this property.

Within five (5) days, the judgment creditors shall personally serve a copy of this order on the judgment debtors Ronald George Huston and Linda Marie Huston. Copies of this document shall also be personally served on the occupants of the dwelling or, if no occupant(s) is/are present at the time of service, posted in a conspicuous place at the dwelling. The judgment creditors shall file proof of service no later than five days after service is effectuated.

**Failure to appear at the Order to Show Cause Hearing or failure to timely file pleadings as outlined in this order may result in the granting of the application and in the sale of the subject property.**

Dated : April 25, 2012               <u>Gary S. Austin</u>
                                     **Gary S. Austin**
                                     **United States Magistrate Judge**