UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON and CHARLOTTE JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>RONALD GEORGE HUSTON and LINDA MARIE HUSTON,<br><br>        Defendants. | Case No.  1:11-mc-25 LJO GSA<br><br>**ORDER REGARDING JUDGMENT DEBTORS' ADDRESSES** |

On February 7, 2012, judgment creditors, Gregory Johnson and Charlotte Johnson ("judgment creditors" of "Plaintiffs"), filed an Ex Parte Application for Sale of Dwelling regarding property located at 51515 Long Gold Road, Friant California 93626 ("subject property").  The judgment creditors are seeking to enforce a money judgment awarded against judgment debtors, Ronald George Huston and Linda Marie Huston, issued on January 29, 2010, in the United States Bankruptcy Court, Central District of California.

On March 8, 2012, the Court issued on Order to Show Cause Why Order for Sale of Dwelling Should Not Be Made and set the matter for hearing on April 27, 2012.  (Doc. 12).  At the request of one of the interested parties in this matter, the Court continued the hearing until June 22, 2012.  (Doc. 20). The Court also ordered that Plaintiffs, Gregory and Charlotte Johnson, personally serve a copy of the

Court's order rescheduling the hearing on Ronald George Huston and Linda Marie Huston.

In response to this order, on May 8, 2012, Mr. Adam Stirrup, counsel for judgment creditors, indicated that he received a telephone call from Mr. Ronald Huston on May 3, 2012, stating that he no longer resides at 37375 Ironwood Drive, Yucaipa, CA 92339, his previous address. Mr. Stirrup indicates that Mr. Huston did not want to provide an updated residential address but told Mr. Stirrup that he would accept further service of process in this matter via regular mail at the following address : PO Box 547, Yucaipa, CA 92399.[1]

In order to ensure that both Mr. and Mrs. Huston receive any orders and notices in this proceeding, within **ten (10)** days, judgement debtors Mr. Ronald George Huston and Linda Marie Huston shall provide the Court with an address where service can be effectuated via United States mail. Judgment creditors are also advised that they should keep the Court apprised of any changes of address as soon as possible to ensure they are served with important documents in this matter.

**FAILURE TO PROVIDE THIS ADDRESS MAY RESULT IN THE JUDGMENT CREDITORS INABILITY TO RECEIVE IMPORTANT ORDERS, NOTICES OF HEARINGS, AND DEADLINES AND MAY RESULT IN THE COURT ORDERING THE SALE OF THE SUBJECT PROPERTY.**

IT IS SO ORDERED.

Dated:   May 11, 2012                    /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Stirrup also represents that there is no longer a need to serve the occupants of the subject property, Wayne and Nancy Wellington, because there was unlawful detainer proceedings pending and a subsequent Stipulation of Possession signed between Charlotte Johnson and the Wellingtons. The Court agrees that further notice will not need to be given to the former occupants of the dwelling. However, judgment debtors are advised that the Court will require that any further notices still be posted and/or served on any future occupants of the subject property, as this is required by statute, and the Court will not know if there are new occupants at the residence. C.C.P. § 704.770.