Adam B. Stirrup, #257683
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiffs
GREGORY JOHNSON and CHARLOTTE JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON and CHARLOTTE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD GEORGE HUSTON and LINDA MARIE HUSTON,<br><br>Defendants. | Case No.  1:11-MC-00025-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE**<br><br>Date:  June 22, 2012<br>Time:  10:30 a.m.<br>Courtroom: 10<br>Magistrate Judge: Honorable Gary S. Austin<br><br>Date Action Filed: August 24, 2011 |

The Plaintiffs GREGORY JOHNSON and CHARLOTTE JOHNSON and Non-Party ERIN HUSTON HESGARD to this action, through their attorneys of record, hereby agree and stipulate as follows:

1. The hearing date on Plaintiffs' Ex Parte Application for Order of Sale of Dwelling and Issuance of Order to Show Cause, presently set for June 22, 2012, shall be, with the Court's approval, extended and continued.

2. The hearing date on Plaintiffs' Ex Parte Application for Order of Sale of Dwelling and Issuance of Order to Show Cause, with the Court's approval, will now be **July 13, 2012**, at 10:30 a.m., in Courtroom 10 of this Court, before the Honorable Gary S. Austin, United State Magistrate Judge.

///

3. A response, or any supplemental response to the Order to Show Cause shall be filed no later than **June 8, 2012**.

4. Any reply to the responses shall be filed no later than **June 29, 2012**.

5. Within five (5) days of the issuance of the Order herein, Plaintiffs shall serve by regular mail a copy of the Order on Defendants, Rona and Linda Huston. Plaintiffs shall file proof of service no later than five (5) days after service is effectuated.

IT IS SO STIPULATED.

Dated: May 16, 2012                                McCORMICK, BARSTOW, SHEPPARD,
                                                                          WAYTE & CARRUTH LLP


By:         /s/ Adam B. Stirrup
              Adam B. Stirrup
       Attorneys for Plaintiffs GREGORY
       JOHNSON and CHARLOTTE JOHNSON


Dated: May 16, 2012                                MILLER STARR REGALIA


By:         /s/ Kenneth R. Styles
              (as authorized on May 16, 2012)
              Kenneth R. Styles
       Attorneys for Non-Party ERIN HUSTON
                         HESGARD


**ORDER**

Based on the above, the Court adopts the parties' stipulation IN PART and ORDERS the following:

1. The hearing date on Plaintiffs' Ex Parte Application for Order of Sale of Dwelling and Issuance of Order to Show Cause, currently on calendar for June 22, 2012, shall be and hereby is, continued to **July 20, 2012**, at 10:30 a.m., in Courtroom 10 of this Court.

2. A response, or any supplemental response to the Order to Show Cause shall be

filed no later than **June 8, 2012**.

3. Any reply to the responses shall be filed no later than **June 29, 2012**.

4. Within five (5) days of the issuance of the Order herein, Plaintiffs shall serve by regular mail a copy of the Order on Defendants, Rona and Linda Huston. Plaintiffs shall file proof of service no later than five (5) days after service is effectuated.

IT IS SO ORDERED.

Dated:   **May 21, 2012**              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE