UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, et al., | CASE NO. MC F 11-0025 LJO GSA |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 41.) |
| vs. | |
| RONALD GEORGE HUSTON, et al., | |
| Defendants. | |
| _____/ | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **January 13, 2014**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1